**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CAROLYN GLENN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BOARD OF EDUCATION OF )<br>BARRINGTON COMMUNITY 220 )<br>UNIT SCHOOL DISTRICT, )<br>)<br>Defendant. ) | Case No.: 1:17-cv-02974<br><br>Honorable Judge John J. Tharp, Jr. |

## AGREED STIPULATION OF DISMISSAL

Now come the Plaintiff, Carolyn Glenn, and the Defendant, Board of Education of Barrington Community 220Unit School District, by and through their respective undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of the above matter with prejudice, with each party bearing its own costs and attorneys' fees, the parties having independently settled their underlying dispute.

Respectfully submitted,

CAROLYN GLENN

By: /s/ David B. Levin
    Attorney for Plaintiff
    Illinois Attorney No. 6212141
    Law Offices of Todd M. Friedman, P.C.
    333 Skokie Blvd., Suite 103
    Northbrook, IL 60062
    Phone: (224) 218-0882
    dlevin@toddflaw.com

Respectfully submitted,

BOARD OF EDUCATION OF
BARRINGTON COMMUNITY 220
UNIT SCHOOL DISTRICT

By: /s/ Shelli L. Anderson
    Attorney for Defendant
    Illinois Attorney No. 6242557
    Franczek Radelet P.C.
    300 S. Wacker Drive, Suite 3400
    Chicago, IL 60606
    Phone: (312) 986-0300
    sla@franczek.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on March 4, 2019 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ David B. Levin
Attorney for Plaintiff